Liza M. Walsh
Christine I. Gannon
**CONNELL FOLEY LLP**
85 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 535-0500
Facsimile: (973) 535-9217

Steven A. Maddox (To be Admitted *Pro Hac Vice*)
Jeremy J. Edwards (To be Admitted *Pro Hac Vice*)
**MADDOX EDWARDS PLLC**
1900 K Street, N.W., Floor 7
Washington, DC 20006
Telephone: (202) 253-9234

*Attorneys for Defendants,*
Actavis Laboratories FL, Inc. and
Actavis Pharma, Inc.

RECEIVED

FEB 2 0 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, and ZENECA INC.<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS LABORATORIES FL, INC., and ACTAVIS PHARMA, INC.,<br><br>Defendants.<br><br>―――――――――――<br><br>ACTAVIS LABORATORIES, FL., INC.<br><br>Counterclaimant,<br><br>v.<br><br>ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, and ZENECA INC.<br><br>Counterclaim Defendants.<br>―――――――――――| Civil Action No. 3:14-cv-07263-MLC-TJB<br><br>**CONSENT ORDER GRANTING**<br>***PRO HAC***<br>***VICE* ADMISSION**<br><br>*Filed Electronically* |

3335872-1

**THIS MATTER** having been opened to the Court by Connell Foley LLP, counsel for Defendant, Actavis Laboratories FL, Inc. and Actavis Pharma, Inc. ("Actavis"), upon application on consent for the entry of an Order admitting *pro hac vice* Steven A. Maddox and Jeremy J. Edwards of the law firm Maddox Edwards PLLC as counsel for Actavis; and Plaintiffs having consented to said application; and the Court having considered all papers filed in support of said application; and for good cause having been shown;

IT IS on this 20th day of February, 2015,

**ORDERED** that Defendants' application on consent for the *pro hac vice* admissions of Steven A. Maddox and Jeremy J. Edwards as counsel for Actavis is hereby **GRANTED**; and it is further

**ORDERED** that Steven A. Maddox and Jeremy J. Edwards are hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of Defendants in this matter; and it is further

**ORDERED** that Steven A. Maddox and Jeremy J. Edwards shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that Steven A. Maddox and Jeremy J. Edwards, for the duration of the time that they serve as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

3335872-1

**ORDERED** that Steven A. Maddox and Jeremy J. Edwards shall notify the Court immediately of any disciplinary matter affecting their standing at the bar of any jurisdiction; and it is further

**ORDERED** that Steven A. Maddox and Jeremy J. Edwards shall have all pleadings, briefs and other papers filed with the Court in this matter signed by Liza M. Walsh or her partners or associates as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3).

**SO ORDERED.**

_____
Tonianne J. Bongiovanni, U.S.M.J.