

March 10, 2015

**VIA EMAIL**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson & Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**RECEIVED**

**MAR 1 0 2015**

AT 8:30_____M
WILLIAM T. WALSH
CLERK

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

Re:  *AstraZeneca AB, et al. v. Actavis Laboratories FL, Inc.*,
Civil Action No. 14-cv-7263-MLC-TJB
*AstraZeneca AB, et al. v. Perrigo Company PLC, et al.*,
Civil Action No. 15-cv-1057-MLC-TJB

Dear Judge Bongiovanni:

We, along with Covington & Burling, represent the Plaintiffs in the above referenced actions. We write on behalf of all parties, at the Court's request, to confirm that the Scheduling Conference set for March 10, 2015 at 12:00 pm [C.A. No. 14-7263, D.E. 16] has been rescheduled to **March 16, 2015 at 11:00 am**. Plaintiffs will initiate the call.

We thank the Court for its continued assistance in this matter.

Respectfully submitted,

*s/John E. Flaherty*

John E. Flaherty

cc: Counsel of Record (via email)

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

SO ORDERED on this 10th day of _March_, 2015

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.