# UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY
**(609) 989-2040**

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

April 10, 2015

## LETTER ORDER

**Re:**   AstraZeneca AB, et al. v. Actavis Laboratories FL, Inc., et al.
Civil Action No. 14-7263 (MLC)

AstraZeneca AB, et al. v. Andrx Labs, LLC, et al.
Civil Action No. 14-8030 (MLC)

AstraZeneca AB, et al. v. Perrigo Company, PLC, et al.
Civil Action No. 15-1057 (MLC)

Dear Counsel:

Please be advised, the Court enters the following schedule in these matters:

| ACTION | DEADLINE |
|---|---|
| Parties' Rule 26(a)(1) Initial Disclosures | **March 31, 2015** |
| Parties' Submission of Consent Discovery Confidentiality Order (L.Pat.R. 2.2) | **April 7, 2015** |
| Plaintiffs to provide Defendants with its Disclosure of Asserted Claims (L.Pat.R. 3.6(b)) | **April 14, 2015** |
| Defendants to provide Plaintiffs with the written basis for their Invalidity Contentions along with any disclosures under L.Pat.R. 3.4 (L.Pat.R. 3.6(c)-(d)) | **April 30, 2015** |

| ACTION | DEADLINE |
| --- | --- |
| Defendants to provide Plaintiffs with Non-Infringement Contentions and related document production (L.Pat.R. 3.6(e) & (f) | **April 30, 2015** |
| Plaintiffs' Service of Infringement Contentions and Related Document Production (L.Pat.R. 3.6(g) & (h)) | **June 15, 2015** |
| Plaintiffs' Responses to Defendants' Invalidity Contentions (L.Pat.R. 3.6(i)) | **June 15, 2015** |
| Parties' Exchange of Proposed Terms for Construction (L.Pat.R. 4.1(a)) | **June 29, 2015** |
| Parties' Exchange of Preliminary Claim Constructions and Extrinsic Evidence (L.Pat.R. 4.2(a) & (b)) | **July 20, 2015** |
| Parties' Submission of Joint Claim Construction and Prehearing Statement (L.Pat.R. 4.3) | **August 19, 2015** |
| Telephone Status Conference with the Court to be Initiated by Plaintiffs | **August 26, 2015 at 11:00 A.M.** |
| Deadline for Parties to Move to Add Parties or Amend the Pleadings | **September 4, 2015** |
| Parties Complete Fact Discovery Relating to Claim Construction (L.Pat.R. 4.4) | **September 18, 2015** |
| Parties' Opening *Markman* Submissions (L.Pat.R. 4.5(a)) | **October 2, 2015** |
| Parties' Completion of Expert Discovery Related to Opening *Markman* Submissions (L.Pat.R. 4.5(b)) | **November 2, 2015** |
| Parties' Responding *Markman* Submissions (L.Pat.R. 4.5(c)) | **December 4, 2015** |
| Parties Substantially Complete Document Production | **December 1, 2015** |
| Deadline to Propose Schedule for Claim Construction Hearing | **December 15, 2015** |
| Close of Fact Discovery | **April 17, 2016** |

The remaining schedule shall be set at a later date. Further, the parties are reminded of their obligation to meet and confer in good faith before raising any discovery issue with the Court. **The parties are additionally reminded that correspondence that is emailed or faxed to Chambers does not need to be mailed to Chambers unless otherwise instructed by the Court.**

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　s/Tonianne J. Bongiovanni
　　　　　　　　　　　　　　　　　　　　　　**TONIANNE J. BONGIOVANNI**
　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**