

April 13, 2015

**VIA EMAIL**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson & Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**RECEIVED**

APR 1 3 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

John E. Flaherty
Partner
T. 973-639-7903
F. 973-297-3971
jflaherty@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

Re: *AstraZeneca AB, et al. v. Actavis Laboratories FL, Inc.*,
    Civil Action No. 14-cv-7263-MLC-TJB
    *AstraZeneca AB, et al. v. Andrx Labs, LLC, et al.*
    Civil Action No. 14-cv-08030-MLC-TJB
    *AstraZeneca AB, et al. v. Perrigo Company PLC, et al.*,
    Civil Action No. 15-cv-1057-MLC-TJB

Dear Judge Bongiovanni:

We, along with Covington & Burling, represent the Plaintiffs in the above referenced actions. We write on behalf of all parties to request an extension of time for the submission of the Discovery Confidentiality Order. According to the proposed Joint Discovery Plan entered by Your Honor on April 10, 2015, the Discovery Confidentiality Order was due on April 7, 2015. The parties seek an extension of time until April 17, 2015 to resolve various issues. Your Honor has not previously granted an extension of this deadline.

We thank the Court for its continued assistance in this matter.

Respectfully submitted,

s/*John E. Flaherty*

John E. Flaherty

cc: Counsel of Record (via email)

SO ORDERED on this 13th day of April, 2015

Hon. Tonianne J. Bongiovanni, U.S.M.J.